ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

UNITED STATES OF AMERICA          :      NOLLE PROSEQUI

       - v. -                     :      S4 17 Cr. 390 (ALC)

LEONARD DANZI,                     :

            Defendant.           :

------------------------------------------------x

    1.   The filing of this nolle prosequi will dispose of this case with respect to LEONARD DANZI, the defendant.

    2.   On February 6, 2018, Indictment S4 17 Cr. 390 (ALC) was unsealed, charging LEONARD DANZI, the defendant, with one count of conspiring to distribute and possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 846.

    3.   On or about April 24, 2018, while this case was still pending, LEONARD DANZI, the defendant, died.

    4.   Because the defendant died while this case was pending, and therefore before a final judgment was issued, the Indictment against him must be dismissed under the rule of abatement.  See United States v. Wright, 160 F.3d 905, 908 (2d Cir. 1998).

5.    In light of the foregoing, I recommend that an order of nolle prosequi be filed as to LEONARD DANZI, the defendant.

_____
NICOLAS ROOS
KIERSTEN A. FLETCHER
JUSTIN V. RODRIGUEZ
Assistant United States Attorneys
(212) 637-2421

Dated:    New York, New York
          October 23, 2018


Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of nolle prosequi be filed as to LEONARD DANZI, the defendant.

_____
Geoffrey S. Berman
United States Attorney
Southern District of New York


Dated:    New York, New York
          ~~October    , 2018~~
          Nov. 8, 2018

SO ORDERED:

_____
HONORABLE ANDREW L. CARTER, JR.
United States District Judge
Southern District of New York


Dated:    New York, New York
          ~~October~~ 28, 2018
          November

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### UNITED STATES OF AMERICA

### v.

### LEONARD DANZI,

Defendant.

### <u>NOLLE PROSEQUI</u>

S4 17 Cr. 390 (ALC)

GEOFFREY S. BERMAN
United States Attorney.